Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
SOCORRO ESTRELLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRIC OF CALIFORNIA

| | |
|---|---|
| SOCORRO ESTRELLA, | Case No.: 4-10-cv-05600-DMR |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE AS MODIFIED |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and **including** June 20, 2011, in which to **file** Plaintiff's Motion for Summary Judgment; and that all other deadlines shall be extended accordingly.

IT IS SO ORDERED.

DATED: May 25, 2011

_____
**DONNA M. RYU**
UNITED STATES MAGISTRATE JUDGE

-1-