1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

10               OAKLAND DIVISION

11
   SOCORRO ESTRELLA,                    )
12                                      )    CASE NO.: C-10-5600-DMR
              Plaintiff,                )
13                                      )    STIPULATION AND ~~PROPOSED~~ ORDER
                                        )    FOR A FIRST EXTENSION FOR
14        v.                            )    DEFENDANT TO FILE NOTICE, MOTION,
                                        )    AND MEMORANDUM IN SUPPORT OF
15 MICHAEL J. ASTRUE,                   )    CROSS-MOTION FOR SUMMARY
   Commissioner of                      )    JUDGMENT AND IN OPPOSITION TO
16 Social Security,                     )    PLAINTIFF'S MOTION FOR SUMMARY
                                        )    JUDGMENT
17            Defendant.                )
   _____)

18

19       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until August 17, 2011, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23       This is Defendant's first request for an extension of time in this matter.

24                              Respectfully submitted,

25 Dated: July 14, 2011         /s/ Brian C. Shapiro
                                (as authorized via e-mail)
26                              BRIAN C. SHAPIRO
                                Attorney for Plaintiff
27

28

MELINDA L. HAAG
United States Attorney

Dated: July 14, 2011          By /s/ Elizabeth Barry
                              ELIZABETH BARRY
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  7/18/2011

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE