```
MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA C. CALVERT IL SBN 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCORRO ESTRELLA,<br><br>                Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>                Defendant. | CASE NO.: C-10-5600-DMR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until September 16, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's second request for an extension of time in this matter.

                                    Respectfully submitted,

Dated: August 16, 2011              */s/ Brian C. Shapiro*
                                    (as authorized via e-mail)
                                    BRIAN C. SHAPIRO
                                    Attorney for Plaintiff

1
2    Dated: August 16, 2011

MELINDA L. HAAG
United States Attorney

By */s/ Elizabeth Barry*
3    ELIZABETH BARRY
Special Assistant U.S. Attorney
4    Attorneys for Defendant
5
6
7    ORDER
PURSUANT TO STIPULATION, IT IS SO ORDERED.
8    DATED:  8/17/11                         _____
9                                             DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2