Steven Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Socorro Estrella

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO ESTRELLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 4:10-cv-05600-DMR<br><br>~~(PROPOSED)~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,050 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  April 23, 2012

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
*signature*
Judge Donna M. Ryu

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Steven Rosales*
_____
Steven Rosales
Attorney for plaintiff Socorro Estrella