Steven Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Socorro Estrella

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO ESTRELLA, | Case No.: 4:10-cv-05600-DMR |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,050 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  April 23, 2012

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Steven Rosales*

4   _____
    Steven Rosales
    Attorney for plaintiff Socorro Estrella

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26