UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO ESTRELLA, | No. C-10-05600 DMR |
| Plaintiff, | **ORDER RE PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant. | |

The court is in receipt of the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) submitted by Plaintiff's counsel Steven Rosales, as well as Defendant Commissioner of Social Security's statement of non-opposition thereto. [Docket Nos. 34, 35.]

In Mr. Rosales' motion, he seeks an award of fees in the amount of $15,000, with a credit in the amount of $4,050 to Plaintiff Socorro Estrella for fees already paid, for a net fee of $10,950. In this motion, Mr. Rosales' interests are adverse to those of his client, Plaintiff Estrella, because any fees that the court awards Mr. Rosales pursuant to section 406(b) will come from Ms. Estrella's past-due benefits. In other words, if the court grants Mr. Rosales' motion and awards him fees, it will reduce the amount of past-due benefits that Plaintiff Estrella will receive from Defendant by the amount of the court's award. Therefore, the court grants Plaintiff Estrella until **May 6, 2013** to submit any objections to Mr. Rosales' motion for attorneys' fees. If the court does not receive any

objections from Plaintiff Estrella by that date, the court will decide Mr. Rosales' motion based on the papers already submitted.

**Upon receipt of this Order, Plaintiff's counsel shall immediately serve Plaintiff Estrella with a copy of the Order and file a proof of service.**

IT IS SO ORDERED.

Dated:  April 18, 2013



_____
DONNA M. RYU
United States Magistrate Judge

2