United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO ESTRELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J ASTRUE,<br><br>    Defendant.<br>_____/ | No. C-10-05600 DMR<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS TO PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES** |

On April 18, 2013, the court issued an order granting Plaintiff Socorro Estrella until May 6, 2013 to submit any objections to her counsel's Motion for Attorney Fees. [Docket No. 36.] The court ordered Plaintiff's counsel to immediately serve Plaintiff with a copy of the order and to file a proof of service. Plaintiff's counsel did not comply with the court's order to immediately serve Plaintiff with the order. Instead, the proof of service filed indicates Plaintiff's counsel served the order on Plaintiff on May 9, 2013, *after* the deadline for Plaintiff to submit any objections to the fee motion. [Docket No. 38.] Therefore, the court hereby grants Plaintiff an extension until **May 27, 2013** to submit any objections to Mr. Rosales's motion for attorney fees. If the court does not receive any objections from Plaintiff Estrella by that date, the court will decide Mr. Rosales' motion based on the papers already submitted.

**Upon receipt of this Order, Plaintiff's counsel shall immediately serve Plaintiff Estrella with a copy of the Order and file a proof of service. Failure to comply with this order may result in sanctions.**

IT IS SO ORDERED.

Dated: May 9, 2013



DONNA M. RYU
United States Magistrate Judge

2